**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

RCV'D - USDC - CHAS, SC
2026 SEP 3 AM10:59

UNITED STATES OF AMERICA

CR No.: 2:21-cr-00801-BHH-2

v.

TRAVIS MICHAEL FLYNN

**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN THE BRIDGE PROGRAM**

On August 8, 2025, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant successfully completed all phases of the program and graduated on September 3, 2026. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended.

Mary Gordon Baker
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

September 3, 2026
Charleston, South Carolina